# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS SIGDA,                :   No. 286 MAL 2016

           Petitioner

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court

           v.

WORKERS' COMPENSATION APPEAL
BOARD (BUONO BROTHERS BAKERY),

           Respondents            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.